941 F.2d 1200
 Demenus (Manfred), Van Arthos (Theodore)
v.
Tinton 35, Inc., Tinton 60, Inc., Homes for Today, Inc.,
Marcus (Harvey I.), Jacques Rotnemer Group
Construction Company of Ocean Township,
Inc., Sylvester (Herbert),
Speyer (Colette), Spyco, Inc.
 NOS. 89-5391, 90-5686
 United States Court of Appeals,
Third Circuit.
 JUL 23, 1991
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.
 
 Procedures, Ch. 5, sec. 5.1, 28 U.S.C.A.)